**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 13-cv-03303-LTB

BRUCE BROWN,

     Plaintiff,

v.

ALLIED INTERSTATE LLC, a Minnesota limited liability company,

     Defendant.

_____

**ORDER**

_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal With Prejudice (Doc 6 - filed February 19, 2014), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

BY THE COURT:

    s/ Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: February 20, 2014